# UNITED STATES DISTRICT COURT
## for the
### Southern District of Illinois



UNITED STATES OF AMERICA
*Plaintiff*

v.

WILLIAM J. AKES
*Defendant*

Case Number: 21-CR-40048-SMY-06

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* WILLIAM J. AKES,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Count 1: Conspiracy to Distribute Methamphetamine in violation of 21:846 and 21:841(b)(1)(A)
Count 7: Distribution of Methamphetamine in violation of 21:841(a)(1), 841(b)(1)(B), and 18:2

Date: June 8, 2021

*Kailyn Kramer, Deputy Clerk*
*Issuing officer's signature*

City and state: Benton, IL

MARGARET M. ROBERTIE, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

AO-442 (Rev. 11/11) Arrest Warrant MODIFIED SDIL(2/2012)